**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01371-CR
No. 05-13-01372-CR
No. 05-13-01373-CR
No. 05-13-01374-CR

**CHARLES BRIGHTMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-59566-R, F11-59567-R, F11-59568-R, F13-56195-R**

# ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE